**DWAYNE ALEXANDER**                      *          NO. 2019-CA-0778

**VERSUS**                                *          **COURT OF APPEAL**

**LOUISIANA STATE BOARD**                 *          **FOURTH CIRCUIT**
**OF PRIVATE INVESTIGATOR**
**EXAMINERS, PHYLLIS**                    *          **STATE OF LOUISIANA**
**GLAZER, JAMES P.**
**ENGLADE, LANCE**                        *
**WALLACE, ANNETTE**
**KOVAC, AND MEEKS AND**                  *
**ASSOCIATES**                              * * * * * * *


**BROWN, J., CONCURS IN THE RESULT.**